# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
SANDLER, SCOTT H. § Case No. 13-23210
§
_____Debtor_____ §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/04/2013. The undersigned trustee was appointed on 06/04/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 49,872.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 419.09 |
| Bank service fees | | 1,573.75 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 5,134.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 42,745.16 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/06/2014 and the deadline for filing governmental claims was 05/06/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,223.80 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 5,223.80 , for a total compensation of $ 5,223.80 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 176.00 , and now requests reimbursement for expenses of $ 133.33 , for total expenses of $ 309.33 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/26/2017         By: /s/Phillip D. Levey
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Case 13-23210 Doc 87 Filed 06/08/17 Entered 06/08/17 16:41:50 Desc Main
Document Page 3 of 13

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 13-23210 JBS Judge: JACK B. SCHMETTERER | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | SANDLER, SCOTT H. | Date Filed (f) or Converted (c): | 06/04/13 (f) |
| | | 341(a) Meeting Date: | 07/26/13 |
| For Period Ending: 05/26/17 | | Claims Bar Date: | 05/06/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 50.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. CHASE- CHECKING ACCOUNT | 241.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. CHASE- SAVINGS ACCOUNT | 25.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. PNC- CHECKING ACCOUNT | 165.00 | 165.00 | | 165.00 | FA |
| 5. PNC- SAVINGS ACCOUNT | 382.00 | 382.00 | | 382.00 | FA |
| 6. AUTOSPA- CHECKING ACCOUNT | 124.00 | 124.00 | | 124.00 | FA |
| 7. CHASE-CHECKING | 200.00 | 200.00 | | 200.00 | FA |
| 8. CHAIR, 2 TV'S, BED, DRESSER, MISC. SMALL APPLIANCE | 650.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. MISC. BOOKS & PICTURES | 50.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. NORMAL WEARING | 500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 11. WEDDING BAND, WATCH, NECKLACE | 200.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 12. SMITH & WESSON .357 REVOLVER, SMALL CALIBER HANDGU | 250.00 | 250.00 | | 0.00 | FA |
| 13. EXERCISE BIKE | 50.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 14. IRA | 4,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 15. 2 SHARES OF 1031 RUSH LIMITED PARTNERSHIP | 0.00 | 10,000.00 | | 10,001.00 | FA |
| Trustee has collected partnership distributions which are recorded separately as Asset Number 32 and is pursuing sale of the 2 shares in | | | | | |

Case 13-23210 Doc 87 Filed 06/08/17 Entered 06/08/17 16:41:50 Desc Main
Document Page 4 of 13

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit A

| Case No: | 13-23210 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | Phillip D. Levey |
| Case Name: | SANDLER, SCOTT H. | | | Date Filed (f) or Converted (c): | 06/04/13 (f) |
| | | | | 341(a) Meeting Date: | 07/26/13 |
| | | | | Claims Bar Date: | 05/06/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| the partnership to third parties. | | | | | |
| 16. LARABEE PROPERTIES, LLC - UNDERLYING REAL ESTATE I | 0.00 | 0.00 | | 0.00 | FA |
| 17. SJL CANAL STREET, LLC - UNDERLYING REAL ESTATE IS | 0.00 | 0.00 | | 0.00 | FA |
| 18. GREENBAY ROAD PARTNERS, LLC - UNDERLYING REAL EST | 0.00 | 0.00 | | 0.00 | FA |
| 19. 87TH STREET PROPERTIES, LLC - UNDERLYING REAL ESTA | 0.00 | 0.00 | | 0.00 | FA |
| 20. Asset Entered in Error | 0.00 | 0.00 | | 0.00 | FA |
| Duplicate entry of Asset #15. | | | | | |
| 21. Asset Deleted By Debtor Amendment | 0.00 | 0.00 | | 0.00 | FA |
| Debtor claims this asset was listed in error and filed amendments deleting this asset. | | | | | |
| 22. P.I.R.G, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 23. 84925 61ST AVENUE, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 24. 55 W. WASHINGTON DEVELOPMENT II, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 25. AUTO SPA, INC. | 0.00 | 0.00 | | 0.00 | FA |
| 26. ECAR | 0.00 | 0.00 | | 0.00 | FA |
| 27. USA BUILD | 0.00 | 0.00 | | 0.00 | FA |
| 28. AMERICAN BAG CO. | 0.00 | 0.00 | | 0.00 | FA |
| 29. CLAIM AGAINST TERRY & SCOTT GOODRICH - SCOTT HAS F | 0.00 | 0.00 | | 0.00 | FA |
| Net value of claims appear to be of inconsequential value. | | | | | |
| 30. 2011 JEEP WRANGLER | 21,000.00 | 19,041.00 | | 24,000.00 | FA |
| 31. LAPTOP AND ACCESSORIES | 200.00 | 200.00 | | 0.00 | FA |
| 32. 1031 Rush Limited Partnership Distribution (u) | 0.00 | 15,000.00 | | 15,000.00 | FA |
| Post-Petition distributions from 1031 Rush Limited Partnership Distribtuion. | | | | | |

Gross Value of Remaining Assets

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 3

Exhibit A

| Case No: | 13-23210 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- | --- | --- |
| Case Name: | SANDLER, SCOTT H. | | | Date Filed (f) or Converted (c): | 06/04/13 (f) |
| | | | | 341(a) Meeting Date: | 07/26/13 |
| | | | | Claims Bar Date: | 05/06/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $28,087.00 | $45,362.00 | | $49,872.00 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/15    Current Projected Date of Final Report (TFR): 10/31/16

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 13-23210 -JBS | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | SANDLER, SCOTT H. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5018 Checking |
| Taxpayer ID No: | *******8347 | | | |
| For Period Ending: | 05/26/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/16/14 | 30 | Alan Sandler | Sale of Automobile | 1129-000 | 24,000.00 | | 24,000.00 |
| 04/01/14 | 010001 | International Sureties, Ltd. | TRUSTEE'S BOND | 2300-000 | | 5.80 | 23,994.20 |
| | | 701 Poydras Street - Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.26 | 23,976.94 |
| 05/05/14 | 010002 | Scott H. Sandler | Exemption re 2011 Jeep Wrangler | 8100-000 | | 5,134.00 | 18,842.94 |
| | | | Payment of debtor's claim of exemption re proceeds | | | | |
| | | | from sale of 2011 Jeep Wrangler Unlimited SUV per | | | | |
| | | | Order dated February 25, 2014. | | | | |
| 05/05/14 | 010003 | Phillip D. Levey | Reimbursement of Costs | 2200-000 | | 176.00 | 18,666.94 |
| | | | Reimbursement of Court filing fee advanced re | | | | |
| | | | Trustee's sale of 2011 Jeep Wrangler Unlimited SUV | | | | |
| | | | per Court Order dated February 25, 2014. | | | | |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.50 | 18,632.44 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.93 | 18,602.51 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.90 | 18,575.61 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.62 | 18,547.99 |
| 08/25/14 | 32 | Coehn & Krol | Turnover of 1031 Rush Distribution | 1223-000 | 5,000.00 | | 23,547.99 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.25 | 23,518.74 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.84 | 23,484.90 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.92 | 23,449.98 |
| 11/18/14 | 32 | Tavern on Rush | Annual Distribution | 1223-000 | 5,000.00 | | 28,449.98 |
| 11/18/14 | * NOTE * | Lina Confer | Turnover Non-Exempt Bank Accts | 1129-000 | 871.00 | | 29,320.98 |
| | | 2442 N. Greenview Ave. | * NOTE * Properties 4, 5, 6, 7 | | | | |
| | | Chicago, IL | | | | | |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.12 | 29,283.86 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.53 | 29,240.33 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.47 | 29,196.86 |

Page Subtotals  34,871.00  5,674.14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 13-23210 -JBS | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | SANDLER, SCOTT H. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5018  Checking |
| Taxpayer ID No: | *******8347 | | | |
| For Period Ending: | 05/26/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.21 | 29,157.65 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.35 | 29,114.30 |
| 04/27/15 | 010004 | Arthur B. Levine Company  60 East 42nd Street - Room 965  New York, New York  10165 | TRUSTEE'S BOND  Premium - 2/1/15 to 2/1/16 | 2300-000 | | 21.06 | 29,093.24 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.89 | 29,051.35 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.21 | 29,008.14 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.73 | 28,966.41 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.06 | 28,923.35 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.00 | 28,880.35 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.55 | 28,838.80 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.88 | 28,795.92 |
| 11/19/15 | 32 | Tavern on Rush  1031 N. Rush St.  Chicago, IL | Annual Distribution | 1223-000 | 5,000.00 | | 33,795.92 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.31 | 33,751.61 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.18 | 33,701.43 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.11 | 33,651.32 |
| 02/29/16 | 010005 | Arthur B. Levine Co., Inc.  370 Lexington Avnue  Suite 1101  New York, NY  10017 | TRUSTEE'S BOND | 2300-000 | | 25.10 | 33,626.22 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.80 | 33,579.42 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 49.93 | 33,529.49 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 48.24 | 33,481.25 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 49.77 | 33,431.48 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 48.10 | 33,383.38 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 49.63 | 33,333.75 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 49.55 | 33,284.20 |

Page Subtotals   5,000.00   912.66

FORM 2

Page: 3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-23210 -JBS | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | SANDLER, SCOTT H. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******5018  Checking |
| Taxpayer ID No: | *******8347 | | |
| For Period Ending: | 05/26/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 47.89 | 33,236.31 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 49.41 | 33,186.90 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 47.75 | 33,139.15 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 49.27 | 33,089.88 |
| 01/30/17 | 010006 | Clerk, U.S. Bankruptcy Court | Fee - 363(f) Sale | 2700-000 | | 181.00 | 32,908.88 |
| | | | Fee re sale of two shares in 1031 Rush Limited Partnership | | | | |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 49.20 | 32,859.68 |
| 03/04/17 | 15 | Tavern On Rush | Sale of LLP Interest | 1129-000 | 10,001.00 | | 42,860.68 |
| | | 1031 North Rush Street | | | | | |
| | | Chicago, IL  60611 | | | | | |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.14 | 42,816.54 |
| 03/23/17 | 010007 | International Sureties, Ltd. | TRUSTEE'S BOND | 2300-000 | | 10.13 | 42,806.41 |
| | | 701 Poydras St. - Suite 420 | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 61.25 | 42,745.16 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 49,872.00 | 7,126.84 | 42,745.16 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 49,872.00 | 7,126.84 | |
| Less:  Payments to Debtors | | 5,134.00 | |
| Net | 49,872.00 | 1,992.84 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking - *******5018 | 49,872.00 | 1,992.84 | 42,745.16 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 49,872.00 | 1,992.84 | 42,745.16 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  10,001.00  540.04

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit B

| Case No: | 13-23210 -JBS | | Trustee Name: | Phillip D. Levey |
| Case Name: | SANDLER, SCOTT H. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5018 Checking |
| Taxpayer ID No: | *******8347 | | | |
| For Period Ending: | 05/26/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking - ********5018

| | | | | Page Subtotals | 0.00 | 0.00 | |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 26, 2017 |
|---|---|---|---|---|---|---|

Case Number:  13-23210  
Debtor Name:  SANDLER, SCOTT H.

Claim Number Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Phillip D. Levey | Administrative | | $0.00 | $16,920.00 | $16,920.00 |
| 001<br>2100-00 | Phillip D. Levey | Administrative | | $0.00 | $5,223.80 | $5,223.80 |
| 001<br>2200-00 | Phillip D. Levey | Administrative | | $0.00 | $128.33 | $128.33 |
| 000001<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $1,800.26 | $1,800.26 |
| 000002<br>070<br>7100-00 | A.S.G. Staffing, Inc.<br>& Charles Pocelli & Ronald Rossi<br>Bethany Drucker Esq.<br>915 N. Racine, #2SE<br>Chicago, IL | Unsecured | | $0.00 | $60,642.20 | $60,642.20 |
| 000003<br>070<br>7100-00 | Brooke Cundiff<br>c/o Gabriel Reilly-Bates<br>Taft Stettinius & Hollister LLP<br>111 E. Wacker Drive, Suite 2800<br>Chicago, IL 60601 | Unsecured | | $0.00 | $347,891.00 | $347,891.00 |
| 000004<br>070<br>7100-00 | United Central Bank<br>Kevin V. Hunt<br>c/o Stahl Cowen<br>55 W. Monroe St.<br>Chicago, IL 60603 | Unsecured | | $0.00 | $4,316,996.75 | $4,316,996.75 |
| BOND<br>999<br>2300-00 | Arthur B. Levine Co., Inc.<br>370 Lexington Avnue<br>Suite 1101<br>New York, NY 10017 | Administrative | | $0.00 | $46.16 | $46.16 |
| BOND<br>999<br>2300-00 | International Sureties, Ltd.<br>701 Poydras St. - Suite 420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $15.93 | $15.93 |
| | Subtotal For Claim 2300-00 | | | $0.00 | $4,749,664.43 | $4,749,664.43 |
| | Case Totals: | | | $0.00 | $4,749,664.43 | $4,749,664.43 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-23210  
Case Name: SANDLER, SCOTT H.  
Trustee Name: Phillip D. Levey

Balance on hand $ 42,745.16

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 5,223.80 | $ 0.00 | $ 5,223.80 |
| Trustee Expenses: Phillip D. Levey | $ 128.33 | $ 0.00 | $ 128.33 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 16,920.00 | $ 0.00 | $ 16,920.00 |
| Other: Arthur B. Levine Co., Inc. | $ 46.16 | $ 46.16 | $ 0.00 |
| Other: International Sureties, Ltd. | $ 15.93 | $ 15.93 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $ 22,272.13

Remaining Balance    $ 20,473.03

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $ 4,727,330.21 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.4 percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | $ 1,800.26 | $ 0.00 | $ 7.80 |
| 000002 | A.S.G. Staffing, Inc. & Charles Pocelli & Ronald Rossi Bethany Drucker Esq. 915 N. Racine, #2SE Chicago, IL | $ 60,642.20 | $ 0.00 | $ 262.63 |
| 000003 | Brooke Cundiff c/o Gabriel Reilly-Bates Taft Stettinius & Hollister LLP 111 E. Wacker Drive, Suite 2800 Chicago, IL 60601 | $ 347,891.00 | $ 0.00 | $ 1,506.64 |
| 000004 | United Central Bank Kevin V. Hunt c/o Stahl Cowen 55 W. Monroe St. Chicago, IL 60603 | $ 4,316,996.75 | $ 0.00 | $ 18,695.96 |

  Total to be paid to timely general unsecured creditors    $ 20,473.03

  Remaining Balance    $ 0.00

  Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE