# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:  §
     §
SANDLER, SCOTT H.  §  Case No. 13-23210
     §
    Debtor(s)  §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter   on           . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Phillip D. Levey_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Scott H. Sandler |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LEVEY, PHILLIP D. | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| ARTHUR B. LEVINE CO., INC. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| CLERK, U.S. BANKRUPTCY COURT | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AV Services, Inc. 99 Fairfield Rd. Fairfield, NJ 07004 | | | | | |
| | Accounts Recovery Solutions 7121 A St Ste 102 Lincoln, NE 68510 | | | | | |
| | Afni, Inc. PO Box 3097 Bloomington, IL 61702 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Asset Acceptance LLC PO Box 1630 Warren, MI 48090 | | | | | |
| | Atg Credit 1700 W Cortland St Ste 2 Chicago, IL 60622 | | | | | |
| | Atg Credit 1700 W Cortland St Ste 2 Chicago, IL 60622 | | | | | |
| | Brooke Cundiff c/o Davis Friedman 135 S. LaSalle St. 36th Floor Chicago, IL 60603 | | | | | |
| | Cavalry Portfolio Services 500 Summit Lake Dr Valhalla, NY 10595 | | | | | |
| | Contract Callers Inc 1058 Claussen Rd Ste 110 Augusta, GA 30907 | | | | | |
| | Eos Cca 700 Longwater Dr. Norwell, MA 02061 | | | | | |
| | Ffcc-Columbus Inc 1550 Old Henderson Rd St Columbus, OH 43220 | | | | | |
| | Ffcc-Columbus Inc 1550 Old Henderson Rd St Columbus, OH 43220 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | I.C. Systems, Inc. PO Box 64378 St Paul, MN 55164 | | | | | |
| | Mbb 1460 Renaissance Dr Park Ridge, IL 60068 | | | | | |
| | Northern Leasing Syste 132 W 31st St Fl 14 New York, NY 10001 | | | | | |
| | Northern Leasing System 132 W 31st St Fl 14 New York, NY 10001 | | | | | |
| | PNC Bank, N.A. 1 Financial Pkwy Kalamazoo, MI 49009 | | | | | |
| | Pentagroup Financial 5959 Corporate Dr Ste 14 Houston, TX 77036 | | | | | |
| | Scott Goodrich c/o Rosenthal J Law Office 222 N LASALLE ST STE Chicago, IL 60601 | | | | | |
| | Shell/Citi Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| | United Central Bank 4555 W. Walnut St Garland, TX 75042 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | United Central Bank 4555 W. Walnut St Garland, TX 75042 |  |  |  |  |  |
|  | United Central Bank 4555 W. Walnut St Garland, TX 75042 |  |  |  |  |  |
|  | United Central Bank 4555 W. Walnut St Garland, TX 75042 |  |  |  |  |  |
|  | United Central Bank 4555 W. Walnut St Garland, TX 75042 |  |  |  |  |  |
|  | United Central Bank c/o Stahl Cowen 55 W. Monroe St. Chicago, IL 60603 |  |  |  |  |  |
|  | West Asset Management 2703 W Highway 75 Sherman, TX 75092 |  |  |  |  |  |
| 000002 | A.S.G. STAFFING, INC. |  |  |  |  |  |
| 000003 | BROOKE CUNDIFF |  |  |  |  |  |
|  | CLERK, UNITED STATES BANKRUPTCY COU |  |  |  |  |  |
| 000001 | PYOD, LLC ITS SUCCESSORS AND ASSIGN |  |  |  |  |  |
| 000004 | UNITED CENTRAL BANK |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 13-23210 JBS Judge: JACK B. SCHMETTERER | | Trustee Name: | Phillip D. Levey | |
| Case Name: | SANDLER, SCOTT H. | | Date Filed (f) or Converted (c): | 06/04/13 (f) | |
| | | | 341(a) Meeting Date: | 07/26/13 | |
| For Period Ending: | 05/26/17 | | Claims Bar Date: | 05/06/14 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 50.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. CHASE- CHECKING ACCOUNT | 241.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. CHASE- SAVINGS ACCOUNT | 25.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. PNC- CHECKING ACCOUNT | 165.00 | 165.00 | | 165.00 | FA |
| 5. PNC- SAVINGS ACCOUNT | 382.00 | 382.00 | | 382.00 | FA |
| 6. AUTOSPA- CHECKING ACCOUNT | 124.00 | 124.00 | | 124.00 | FA |
| 7. CHASE-CHECKING | 200.00 | 200.00 | | 200.00 | FA |
| 8. CHAIR, 2 TV'S, BED, DRESSER, MISC. SMALL APPLIANCE | 650.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. MISC. BOOKS & PICTURES | 50.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. NORMAL WEARING | 500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 11. WEDDING BAND, WATCH, NECKLACE | 200.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 12. SMITH & WESSON .357 REVOLVER, SMALL CALIBER HANDGU | 250.00 | 250.00 | | 0.00 | FA |
| 13. EXERCISE BIKE | 50.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 14. IRA | 4,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 15. 2 SHARES OF 1031 RUSH LIMITED PARTNERSHIP | 0.00 | 10,000.00 | | 10,001.00 | FA |
| Trustee has collected partnership distributions which are recorded separately as Asset Number 32 and is pursuing sale of the 2 shares in | | | | | |

Case 13-23210 Doc 98 Filed 03/22/18 Entered 03/22/18 14:25:22 Desc Main
Document Page 11 of 17

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

| Case No: | 13-23210 | JBS | Judge: JACK B. SCHMETTERER |
|---|---|---|---|
| Case Name: | SANDLER, SCOTT H. | | |

| Trustee Name: | Phillip D. Levey |
|---|---|
| Date Filed (f) or Converted (c): | 06/04/13 (f) |
| 341(a) Meeting Date: | 07/26/13 |
| Claims Bar Date: | 05/06/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| the partnership to third parties. | | | | | |
| 16. LARABEE PROPERTIES, LLC - UNDERLYING REAL ESTATE I | 0.00 | 0.00 | | 0.00 | FA |
| 17. SJL CANAL STREET, LLC - UNDERLYING REAL ESTATE IS | 0.00 | 0.00 | | 0.00 | FA |
| 18. GREENBAY ROAD PARTNERS, LLC - UNDERLYING REAL EST | 0.00 | 0.00 | | 0.00 | FA |
| 19. 87TH STREET PROPERTIES, LLC - UNDERLYING REAL ESTA | 0.00 | 0.00 | | 0.00 | FA |
| 20. Asset Entered in Error | 0.00 | 0.00 | | 0.00 | FA |
| Duplicate entry of Asset #15. | | | | | |
| 21. Asset Deleted By Debtor Amendment | 0.00 | 0.00 | | 0.00 | FA |
| Debtor claims this asset was listed in error and filed amendments deleting this asset. | | | | | |
| 22. P.I.R.G, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 23. 84925 61ST AVENUE, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 24. 55 W. WASHINGTON DEVELOPMENT II, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 25. AUTO SPA, INC. | 0.00 | 0.00 | | 0.00 | FA |
| 26. ECAR | 0.00 | 0.00 | | 0.00 | FA |
| 27. USA BUILD | 0.00 | 0.00 | | 0.00 | FA |
| 28. AMERICAN BAG CO. | 0.00 | 0.00 | | 0.00 | FA |
| 29. CLAIM AGAINST TERRY & SCOTT GOODRICH - SCOTT HAS F | 0.00 | 0.00 | | 0.00 | FA |
| Net value of claims appear to be of inconsequential value. | | | | | |
| 30. 2011 JEEP WRANGLER | 21,000.00 | 19,041.00 | | 24,000.00 | FA |
| 31. LAPTOP AND ACCESSORIES | 200.00 | 200.00 | | 0.00 | FA |
| 32. 1031 Rush Limited Partnership Distribution (u) | 0.00 | 15,000.00 | | 15,000.00 | FA |
| Post-Petition distributions from 1031 Rush Limited Partnership Distribtuion. | | | | | |

Gross Value of Remaining Assets

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 13-23210 JBS Judge: JACK B. SCHMETTERER | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | SANDLER, SCOTT H. | Date Filed (f) or Converted (c): | 06/04/13 (f) |
| | | 341(a) Meeting Date: | 07/26/13 |
| | | Claims Bar Date: | 05/06/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $28,087.00 | $45,362.00 | | $49,872.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/15    Current Projected Date of Final Report (TFR): 10/31/16

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-23210 -JBS | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | SANDLER, SCOTT H. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5018  Checking |
| Taxpayer ID No: | *******8347 | | | |
| For Period Ending: | 03/16/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/16/14 | 30 | Alan Sandler | Sale of Automobile | 1129-000 | 24,000.00 | | 24,000.00 |
| 04/01/14 | 010001 | International Sureties, Ltd. | TRUSTEE'S BOND | 2300-000 | | 5.80 | 23,994.20 |
| | | 701 Poydras Street - Suite 420 | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.26 | 23,976.94 |
| 05/05/14 | 010002 | Scott H. Sandler | Exemption re 2011 Jeep Wrangler | 8100-000 | | 5,134.00 | 18,842.94 |
| | | | Payment of debtor's claim of exemption re proceeds | | | | |
| | | | from sale of 2011 Jeep Wrangler Unlimited SUV per | | | | |
| | | | Order dated February 25, 2014. | | | | |
| 05/05/14 | 010003 | Phillip D. Levey | Reimbursement of Costs | 2200-000 | | 176.00 | 18,666.94 |
| | | | Reimbursement of Court filing fee advanced re | | | | |
| | | | Trustee's sale of 2011 Jeep Wrangler Unlimited SUV | | | | |
| | | | per Court Order dated February 25, 2014. | | | | |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.50 | 18,632.44 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.93 | 18,602.51 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.90 | 18,575.61 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.62 | 18,547.99 |
| 08/25/14 | 32 | Coehn & Krol | Turnover of 1031 Rush Distribution | 1223-000 | 5,000.00 | | 23,547.99 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.25 | 23,518.74 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.84 | 23,484.90 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.92 | 23,449.98 |
| 11/18/14 | 32 | Tavern on Rush | Annual Distribution | 1223-000 | 5,000.00 | | 28,449.98 |
| 11/18/14 | * NOTE * | Lina Confer | Turnover Non-Exempt Bank Accts | 1129-000 | 871.00 | | 29,320.98 |
| | | 2442 N. Greenview Ave. | * NOTE *  Properties 4, 5, 6, 7 | | | | |
| | | Chicago, IL | | | | | |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.12 | 29,283.86 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.53 | 29,240.33 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.47 | 29,196.86 |

Page Subtotals  34,871.00  5,674.14

Ver: 20.00g

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-23210 -JBS | | Trustee Name: | Phillip D. Levey |
| Case Name: | SANDLER, SCOTT H. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5018  Checking |
| Taxpayer ID No: | *******8347 | | | |
| For Period Ending: | 03/16/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.21 | 29,157.65 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.35 | 29,114.30 |
| 04/27/15 | 010004 | Arthur B. Levine Company  60 East 42nd Street - Room 965  New York, New York  10165 | TRUSTEE'S BOND  Premium - 2/1/15 to 2/1/16 | 2300-000 | | 21.06 | 29,093.24 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.89 | 29,051.35 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.21 | 29,008.14 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.73 | 28,966.41 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.06 | 28,923.35 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.00 | 28,880.35 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.55 | 28,838.80 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.88 | 28,795.92 |
| 11/19/15 | 32 | Tavern on Rush  1031 N. Rush St.  Chicago, IL | Annual Distribution | 1223-000 | 5,000.00 | | 33,795.92 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.31 | 33,751.61 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.18 | 33,701.43 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.11 | 33,651.32 |
| 02/29/16 | 010005 | Arthur B. Levine Co., Inc.  370 Lexington Avnue  Suite 1101  New York, NY  10017 | TRUSTEE'S BOND | 2300-000 | | 25.10 | 33,626.22 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.80 | 33,579.42 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 49.93 | 33,529.49 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 48.24 | 33,481.25 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 49.77 | 33,431.48 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 48.10 | 33,383.38 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 49.63 | 33,333.75 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 49.55 | 33,284.20 |

Page Subtotals         5,000.00         912.66

Ver: 20.00g

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 3

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-23210 -JBS | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | SANDLER, SCOTT H. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5018  Checking |
| Taxpayer ID No: | *******8347 | | | |
| For Period Ending: | 03/16/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 47.89 | 33,236.31 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 49.41 | 33,186.90 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 47.75 | 33,139.15 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 49.27 | 33,089.88 |
| 01/30/17 | 010006 | Clerk, U.S. Bankruptcy Court | Fee - 363(f) Sale<br>Fee re sale of two shares in 1031 Rush Limited Partnership | 2700-000 | | 181.00 | 32,908.88 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 49.20 | 32,859.68 |
| 03/04/17 | 15 | Tavern On Rush<br>1031 North Rush Street<br>Chicago, IL  60611 | Sale of LLP Interest | 1129-000 | 10,001.00 | | 42,860.68 |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.14 | 42,816.54 |
| 03/23/17 | 010007 | International Sureties, Ltd.<br>701 Poydras St. - Suite 420<br>New Orleans, LA  70139 | TRUSTEE'S BOND | 2300-000 | | 10.13 | 42,806.41 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 61.25 | 42,745.16 |
| 08/01/17 | 010008 | Phillip D. Levey | Trustee Compensation | 2100-000 | | 5,223.80 | 37,521.36 |
| 08/01/17 | 010009 | Phillip D. Levey | Trustee Expenses | 2200-000 | | 128.33 | 37,393.03 |
| 08/01/17 | 010010 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 16,920.00 | 20,473.03 |
| 08/01/17 | 010011 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000001, Payment 0.43327% | 7100-000 | | 7.80 | 20,465.23 |
| * 08/01/17 | 010012 | A.S.G. Staffing, Inc.<br>& Charles Pocelli & Ronald Rossi<br>Bethany Drucker Esq.<br>915 N. Racine, #2SE<br>Chicago, IL | Claim 000002, Payment 0.43308% | 7100-004 | | 262.63 | 20,202.60 |

Page Subtotals          10,001.00          23,082.60

Ver: 20.00g

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-23210 -JBS | | Trustee Name: | Phillip D. Levey |
| Case Name: | SANDLER, SCOTT H. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5018 Checking |
| Taxpayer ID No: | *******8347 | | | |
| For Period Ending: | 03/16/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/01/17 | 010013 | Brooke Cundiff<br>c/o Gabriel Reilly-Bates<br>Taft Stettinius & Hollister LLP<br>111 E. Wacker Drive, Suite 2800<br>Chicago, IL 60601 | Claim 000003, Payment 0.43308%<br>(3-1) Non-dischargeable marital settlement agreement scheduled on Schedule F. The amount of the priority claim is the amount that was scheduled.<br>(3-1) Modified to correct claim type on 5/6/14 (ar) | 7100-000 | | 1,506.64 | 18,695.96 |
| 08/01/17 | 010014 | United Central Bank<br>Kevin V. Hunt<br>c/o Stahl Cowen<br>55 W. Monroe St.<br>Chicago, IL 60603 | Claim 000004, Payment 0.43308%<br>(4-1) Guaranty of promissory notes<br>(4-1) modified address (cch) 5/8/2014 | 7100-000 | | 18,695.96 | 0.00 |
| * 11/02/17 | 010012 | A.S.G. Staffing, Inc.<br>& Charles Pocelli & Ronald Rossi<br>Bethany Drucker Esq.<br>915 N. Racine, #2SE<br>Chicago, IL | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -262.63 | 262.63 |
| * 11/07/17 | 010015 | A.S.G. Staffing, Inc.<br>& Charles Pocelli & Ronald Rossi<br>c/o Bethany Drucker Esq.<br>915 N. Racine, #2SE<br>Chicago, IL | Claim #2 Payment .43308%<br>Re-issuance of distribution check re Claim No. 2. | 7100-004 | | 262.63 | 0.00 |
| * 02/21/18 | 010015 | A.S.G. Staffing, Inc.<br>& Charles Pocelli & Ronald Rossi<br>c/o Bethany Drucker Esq.<br>915 N. Racine, #2SE<br>Chicago, IL | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -262.63 | 262.63 |
| 02/27/18 | 010016 | Clerk, United States Bankruptcy Court<br>219 South Dearborn Street<br>Chicago, IL | Deposit of Unclaimed Dividend | 7100-000 | | 262.63 | 0.00 |

Page Subtotals         0.00         20,202.60

Ver: 20.00g

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 16)

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 13-23210 -JBS |
| Case Name: | SANDLER, SCOTT H. |
| Taxpayer ID No: | *******8347 |
| For Period Ending: | 03/16/18 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5018 Checking |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 49,872.00 | 49,872.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| * Reversed | | | Subtotal | | 49,872.00 | 49,872.00 | |
| t Funds Transfer | | | Less: Payments to Debtors | | | 5,134.00 | |
| | | | Net | | 49,872.00 | 44,738.00 | |
| | | | | | | NET | ACCOUNT |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | | Checking - *******5018 | | 49,872.00 | 44,738.00 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 49,872.00 | 44,738.00 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 20.00g

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*